FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH FILIPPI,<br><br>    Plaintiff,<br><br>    v.<br><br>GRAND CARIBBEAN CRUISES,<br><br>    Defendant. | No. 2:22-CV-00176-SAB<br><br>**ORDER OF DISMISSAL** |

Before the Court is Plaintiff's Notice of Voluntary Dismissal, ECF No. 8. Plaintiff moves to dismiss this action against Defendant with prejudice. Defendant has not filed an answer. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court finds good cause to dismiss the action.

//
//
//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal, ECF No. 8, is **ACCEPTED into the record**.

2. This action and all claims therein are **DISMISSED with prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **CLOSE** this file.

**DATED** this 27th day of September 2022.



                    Stanley A. Bastian
          Chief United States District Judge

**ORDER OF DISMISSAL** *2